PROB 22
(Rev. 9/13)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Transferring Court) 4:13CR00015-1 |
| --- | --- |
| | DOCKET NUMBER (Receiving Court) 16 cr 335 (LDW) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Blandine Joseph Central Islip, New York | DISTRICT SD/IN | DIVISION Indianapolis |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE The Honorable Tanya Walton Pratt U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM June 5, 2015 | TO June 4, 2018 |

**OFFENSE**

Possession of Counterfeit and Unauthorized Access Devices, Conspiracy to Use Counterfeit Access Devices, Conspiracy to Commit Bank Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/17/2016
Date

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.*

### PART 2 - ORDER ACCEPTING JURISDICTION

*United States District Court for the  Eastern  District of  New York*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/22/16
Date

United States District Judge

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 22 2016   ★

LONG ISLAND OFFICE